IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG CHEM, LTD. and<br>LG CHEM MICHIGAN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SK INNOVATION CO., LTD. and<br>SK BATTERY AMERICA, INC.,<br><br>Defendants. | Civil Action No. 19-776-CFC |

**DEFENDANTS' UNOPPOSED MOTION**
**TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659(a)**

Defendants SK Innovation Co., Ltd. ("SKI") and SK Battery America, Inc. ("SKBA") request that the Court enter an Order staying this action until the final resolution of a pending United States International Trade Commission ("ITC") proceeding that involves the same parties and issues in this action. Such a stay is mandatory, 28 U.S.C. § 1659(a), and Plaintiffs consent to the stay.

Plaintiffs LG Chem, Ltd. ("LG Chem") and LG Chem Michigan Inc. ("LGCMI") initiated this action against SKI and SKBA on April 29, 2019. D.I. 1. That same day, LG Chem and LGCMI filed a complaint with the ITC under Section 337 of the Tariff Act of 1930, as amended. On May 29, 2019, the ITC instituted Investigation No. 337-TA-1159, naming SKI and SKBA as respondents in the proceeding. A copy of the Notice of Institution of Investigation is attached hereto as Exhibit A.[1]

[1] LG Chem's and LGCMI's ITC complaint also asked the ITC to include SK Battery Hungary K.ft. ("SKBH") as a respondent, but the ITC did not include SKBH as a respondent in the Notice of Investigation.

Section 1659(a) provides,

> **(a) Stay**. In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such a request is made within –
>
> (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or
>
> (2) 30 days after the district court action is filed,
>
> whichever is later.

28 U.S.C. § 1659(a) (emphasis added).

This action involves parties that are also parties to the ITC proceeding: LG Chem, LGCMI, SKI and SKBA. *Compare* D.I. 1 *with* Ex. A hereto. This action also involves claims with respect to the same issues involved in the ITC proceeding: allegations of misappropriation of alleged trade secrets relating to lithium ion electric vehicle battery technology. *Id.* Further, SKI and SKBA are requesting the stay within 30 days after they were named as respondents in the ITC proceeding on May 29. Accordingly, this stay is mandatory. 28 U.S.C. § 1659(a). LG Chem and LGCMI also consent to the stay.

Defendants therefore request that the Court enter an Order staying this action in its entirety pending final resolution of ITC Investigation No. 337-TA-1159, including any and all appeals. Defendants further request that the Order state that SKI's and SKBA's time to respond to the Complaint in this action shall be extended until forty-five (45) days after the stay is dissolved.

Defendants reserve their rights to challenge personal jurisdiction and venue in this action after the stay is lifted.

Defendants are filing a proposed order with this Motion.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

COVINGTON & BURLING LLP
Daniel E. Johnson (*admitted pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5224
dejohnson@cov.com

Michael K. Plimack (*admitted pro hac vice*)
Salesforce Tower
415 Mission Street
San Francisco, CA 94105
(415) 591-7002
mplimack@cov.com

*Attorneys for Defendants SK Innovation Co., Ltd. and SK Battery America, Inc.*

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on June 5, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Rodger D. Smith II
Jeremy A. Tigan
Jeffrey J. Lyons
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
jtigan@mnat.com
jlyons@mnat.com

*Attorneys for Plaintiffs LG Chem, Ltd. and LG Chem Michigan, Inc.*

Sarah S. Eskandari
DENTONS US LLP
One Market Plaza, 24th Floor
San Fransisco, CA 94105
(415) 882-5000
sarah.eskandari@dentons.com

Timothy Carroll
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
timothy.carroll@dentons.com

Manny J. Caixeiro
Katherin R. McMorrow
DENTONS US LLP
601 S. Figueroa St., Suite 2500
Los Angeles, CA 90017
(213) 623-9300
manny.caixeiro@dentons.com
kate.mcmorrow@dentons.com

I further certify that on June 5, 2019, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel.

Dated: June 5, 2019

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendants*