# EXHIBIT A

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN LITHIUM ION BATTERIES, BATTERY CELLS, BATTERY MODULES, BATTERY PACKS, COMPONENTS THEREOF, AND PROCESSES THEREFOR** | Inv. No. 337-TA-1159 |

## NOTICE OF INSTITUTION OF INVESTIGATION

Institution of Investigation Pursuant to 19 U.S.C.1337

**AGENCY**: U.S. International Trade Commission

**ACTION**: Notice

**SUMMARY**: Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on April 29, 2019, under section 337 of the Tariff Act of 1930, as amended, on behalf of LG Chem, Ltd. of South Korea and LG Chem Michigan, Inc. of Holland, Michigan. Supplements were filed on May 13, and 15, 2019. The complaint, as supplemented, alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain lithium ion batteries, battery cells, battery modules, battery packs, components thereof, and processes therefor by reason of the misappropriation of trade secrets, the threat or effect of which is to destroy or substantially injure an industry in the United States.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a limited exclusion order and cease and desist orders.

**ADDRESSES**: The complaint, except for any confidential information contained therein, is available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Room 112, Washington, D.C. 20436, telephone (202) 205-2000. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205-2000. General information concerning the Commission may also be obtained by accessing its internet server at https://www.usitc.gov. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at https://edis.usitc.gov.

**FOR FURTHER INFORMATION CONTACT**: Pathenia M. Proctor, The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205-2560.

**SUPPLEMENTARY INFORMATION**:

**AUTHORITY**: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10 (2019).

**SCOPE OF INVESTIGATION**: Having considered the complaint, the U.S. International Trade Commission, on May 28, 2019, **ORDERED THAT** –

 (1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(A) of section 337 in the importation into the United States or the sale within the United States after importation of certain products identified in paragraph (2) by reason of the misappropriation of trade secrets, the threat or effect of which is to substantially injure an industry in the United States;

 (2) Pursuant to section 210.10(b)(1) of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is "lithium-ion batteries, battery cells, battery modules, battery packs, components thereof, and processes therefor";

 (3) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

  (a) The complainants are:

   LG Chem, Ltd.
   128 Yeoui-daero, Yeongdeungpo-gu
   Seoul 07336
   Republic of Korea

   LG Chem Michigan, Inc.
   1 LG Way
   Holland, MI 49423

  (b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

   SK Innovation Co., Ltd.
   26 Jong-Ro, Jongno-Gu
   Seoul 03188
   Republic of Korea

        SK Battery America, Inc.
        201 17th Street NW, Suite 1700
        Atlanta, GA 30363

    (c) The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Suite 401, Washington, D.C. 20436; and

    (4) For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

    Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.13. Pursuant to 19 C.F.R. 201.16(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

    Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

    By order of the Commission.

                                    Lisa R. Barton
                                    Secretary to the Commission

Issued: May 29, 2019

# UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN LITHIUM ION BATTERIES, BATTERY CELLS, BATTERY MODULES, BATTERY PACKS, COMPONENTS THEREOF, AND PROCESSES THEREFOR** | Inv. No. 337-TA-1159 |

## DESIGNATION OF OUII ATTORNEY
## FOR SERVICE OF PROCESS

The Office of Unfair Import Investigations ("OUII") hereby designates Claire Comfort, Esq. (202) 205-2160, Claire.Comfort@usitc.gov, as OUII's lead attorney for service of process. It is requested that all documents served by the Commission or filed by the parties in the above-referenced investigation be served upon this attorney.

Respectfully submitted,

_____
Margaret Macdonald, Director
**OFFICE OF UNFAIR IMPORT INVESTIGATIONS**
U.S. International Trade Commission
500 E Street, S.W., Suite 401
Washington, D.C. 20436
(202) 205-2560
(202) 205-2158 (facsimile)

May 29, 2019

| | |
|---|---|
| **CERTAIN LITHIUM ION BATTERIES, BATTERY CELLS, BATTERY MODULES, BATTERY PACKS, COMPONENTS THEREOF, AND PRODUCTION AND TESTING SYSTEMS AND PROCESSES THEREFOR** | Inv. No. 337-TA-1159 |

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **NOTICE OF INSTITUTION OF INVESTIGATION** has been served by hand upon the Commission Investigative Attorney, **Claire Comfort**, and the following parties as indicated, on 5/29/2019.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**Complainants:**

LG Chem, Ltd.
128 Yeoui-daero, Yeongdeungpo-gu
Seoul 07336
South Korea

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

LG Chem Michigan, Inc.
1 LG Way
Holland, MI 49423

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

**On Behalf of Complainants:**

Mark L. Hogge, Esq.
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

**Respondents:**

SK Innovation co., Ltd.
26 Jong-Ro, Jongno-Gu
Seoul 03188
South Korea

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

**CERTAIN LITHIUM ION BATTERIES, BATTERY CELLS, BATTERY MODULES, BATTERY PACKS, COMPONENTS THEREOF, AND PRODUCTION AND TESTING SYSTEMS AND PROCESSES THEREFOR**     Inv. No. 337-TA-1159

Certificate of Service – Page 2

| | |
|---|---|
| SK Battery America, Inc.<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |

**Embassy:**

| | |
|---|---|
| Embassy of Korea<br>2450 Massachusetts Avenue<br>NW Washington, DC 20008 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |

**Government Agencies:**

| | |
|---|---|
| Edward T. Hand, Chief<br>Foreign Commerce Section<br>Antitrust Division<br>U.S. Department of Justice<br>450 5th Street NW, Room 11000<br>Washington, DC 20530 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☒ Via First Class Mail<br>☐ Other:_____ |
| U.S. Bureau of Customs and Border Protection<br>Intellectual Property Rights Branch<br>Mint Annex Building<br>799 9th Street, NW, 7th floor<br>Washington, DC 20229-1177 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☒ Via First Class Mail<br>☐ Other:_____ |
| Elizabeth Kraus, Deputy Director<br>International Antitrust, Office of International Affairs<br>Federal Trade Commission<br>600 Pennsylvania Avenue, Room 498<br>Washington, DC 20580 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☒ Via First Class Mail<br>☐ Other:_____ |
| Dale D. Berkley, Ph.D., J.D.<br>Office of the General Counsel, PHD, NIH Branch<br>National Institutes of Health<br>31 Center Drive<br>Bldg. 31, Rm. 47<br>Bethesda, MD 20892 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☒ Via First Class Mail<br>☐ Other:_____ |



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

LG Chem Michigan, Inc.
1 LG Way
Holland, MI 49423

Re:   **Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
   **Inv. No. 337-TA-1159**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

LG Chem, Ltd.
128 Yeoui-Daero Yeongdeungpo-gu
Seoul 07336
South Korea

Re:   **Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
**Inv. No. 337-TA-1159**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

Mark L. Hogge, Esq.
Dentons US LLP
1900 K. St, NW
Washington, DC 20006

Re: **Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
**Inv. No. 337-TA-1159**

Dear Mr. Hogge:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
May 29, 2019

SK Innovation Co. Ltd.
26 Jong-Ro, Jongno-Gu
Seoul 03188
South Korea

**Re:** **Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor Inv. No. 337-TA-1159**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **SK Innovation Co. Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
May 29, 2019

SK Battery America, Inc.
201 17th Street NW Suite 1700
Atlanta, GA 30363

**Re:   Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor Inv. No. 337-TA-1159**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **SK Battery America, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

Elizabeth Kraus, Deputy Director
International Antitrust, Office of
International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC 20580

**Re:  Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
**Inv. No. 337-TA-1159**

Dear Ms. Kraus:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
  1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

Edward T. Hand, Chief
Foreign Commerce Section
Antitrust Division
U.S. Dept of Justice
450 5th Street NW, Room 11000
Washington, DC 20530

**Re:  Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
**Inv. No. 337-TA-1159**

Dear Mr. Hand:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

Dale D. Berkley, Ph.D., J.D.
Office of the General Counsel, PHD, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Rm. 47
Bethesda, MD  20892

Re:  **Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
**Inv. No. 337-TA-1159**

Dear Mr. Berkley:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request.  Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
 1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

Intellectual Property Rights Branch
Regulations and Rulings
Office of International Trade
U.S. Customs and Border Protection
90 K Street, NE, 10th floor
Washington, DC 20229-1177

**Re:** **Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
**Inv. No. 337-TA-1159**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
 1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

May 29, 2019

Embassy of the Republic of Korea
2450 Massachusetts Ave NW
Washington, DC 20008

**Re:   Certain Lithium Ion Batteries, Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Production and Testing Systems and Processes Therefor**
**Inv. No. 337-TA-1159**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). One or more of the parties named in the investigation is located in .

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of the Complaint filed in this investigation together with a copy of the Commission's Notice of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation