IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG CHEM, LTD. and<br>LG CHEM MICHIGAN INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>SK INNOVATION CO., LTD. and<br>SK BATTERY AMERICA, INC.,<br><br>          Defendants. | Civil Action No. 19-776-CFC |

## [PROPOSED] ORDER STAYING ACTION PURSUANT TO 28 U.S.C. § 1659(a)

Upon consideration of Defendants SK Innovation Co., Ltd.'s and SK Battery America, Inc.'s Unopposed Motion to Stay Action Pursuant to 28 U.S.C. § 1659(a), the Court being of the opinion that, for good cause shown, the Motion should be granted:

IT IS HEREBY ORDERED that this action is stayed in its entirety pending final resolution of ITC Investigation No. 337-TA-1159, including any and all appeals; and,

IT IS HEREBY FURTHER ORDERED that Defendants' time to respond to the Complaint in this action shall be extended until forty-five (45) days after the stay is dissolved.

SO ORDERED this 6th day of June, 2019.

                                                                                             United States District Judge